JS-6

ELENIUS FROST & WALSH
Brian W. Walsh (State Bar Number 126483)
 brian.walsh@cna.com
555 Mission Street, Suite 330
San Francisco, California 94105
Telephone: (415) 932-7000
Facsimile: (415) 932-7001

BERKES CRANE ROBINSON & SEAL LLP
Steven M. Crane (SBN 108930)
 scrane@bcrslaw.com
515 South Figueroa Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 955-1150
Facsimile: (213) 955-1155

Attorneys for Plaintiff, THE CONTINENTAL INSURANCE COMPANY, as successor-in-interest to certain liabilities of Harbor Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, as successor-in-interest to certain liabilities of Harbor Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FIRE INSURANCE COMPANY, as successor-in-interest to Industrial Indemnity Company, ASSOCIATED ELECTRIC & GAS SERVICES LIMITED, and DOES 1 THROUGH 10 INCLUSIVE,<br><br>Defendant. | CASE No. 2:13-CV-02563-PA (MRWx)<br>Assigned to: Hon. Percy Anderson<br><br>[~~PROPOSED~~] ORDER REGARDING DISMISSAL WITHOUT PREJUDICE OF U. S. FIRE<br><br>Assigned to:<br>Honorable Percy Anderson<br><br>Trial Date:       April 15, 2014 |

LAW OFFICES
**BERKES CRANE
ROBINSON & SEAL LLP**

Case No. 2:13-CV-02563-PA (MRWx)
[PROPOSED] ORDER REGARDING DISMISSAL WITHOUT PREJUDICE OF U. S. FIRE

1  The parties remaining in this case, The Continental Insurance Company and U. S. Fire Insurance Company have stipulated to a dismissal of Continental's claims against U. S. Fire in the First Amended Complaint without prejudice, each party to bear its own costs, fees and expenses.  (Document No. 95)

**THEREFORE,** the Court hereby dismisses the claims in the First Amended Complaint against U. S. Fire without prejudice, each party to bear its own costs, fees and expenses.

DATED: April 11, 2014   _____

Honorable Percy Anderson

6079311.DOCX